**No. 66024.**—F. B. Wilcon *v.* United States, protests 58/13834, etc. (Boston).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 66025.**—Filletta Fish and W. J. Byrnes & Co. et al. *v.* United States, protests 59/13372, etc. (San Francisco).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

**No. 66026.**—Elizabeth Arden Sales Corp. *v.* United States, protest 60/9391 (New York).

Opinion by Wilson, J. The protest was dismissed for lack of prosecution.

**No. 66027.**—Asheville Textiles Corp. *v.* United States, protest 60/28211 (New York).

Opinion by Wilson, J. The protest was dismissed for lack of prosecution.

**No. 66028.**—H. W. Robinson Air Freight Corp. *v.* United States, protest 60/29257 (New York).

Opinion by Wilson, J. The protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, SEPTEMBER 5, 1961

**No. 66029.**—Keuffel & Esser Co. *v.* United States, protests 286984–K, etc. (New York).